BLANK ROME LLP
Attorneys for Plaintiff
MANSEL OIL LIMITED
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

08 CV 6597

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANSEL OIL LIMITED,

    Plaintiff,

-against-

SEMEURO SUPPLY LTD.,

    Defendant.

08 Civ.



**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff MANSEL OIL LIMITED ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
           July 24, 2008

                                      BLANK ROME LLP
                                      Attorneys for Plaintiff
                                      MANSEL OIL LIMITED

                                      By _____
                                      Jack A. Greenbaum (JG 0039)
                                      The Chrysler Building
                                      405 Lexington Avenue
                                      New York, NY 10174-0208
                                      Tel.: (212) 885-5000

900200.00001/6656661v.1