Case 1:08-cv-06597-DAB   Document 6   Filed 08/07/2008   Page 1 of 2

BLANK ROME LLP
Attorneys for Plaintiff
MANSEL OIL LIMITED
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-0208
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANSEL OIL LIMITED,

        Plaintiff,

-against-

SEMEURO SUPPLY LTD.,

        Defendant.

---

08 Civ. 6597 (DAB)

**NOTICE OF VOLUNTARY
DISMISSAL AND RELEASE
OF RULE B ATTACHMENT**

---

PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or appearance has been served by defendant, and

WHEREAS, on July 25, 2008, this Court issued a Process of Maritime Attachment and Garnishment against the property belonging to defendant under the control of, or held by various garnishees in New York.

NOW, on the consent of the attorney for plaintiff, it is

ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Process of Maritime Attachment and Garnishment issued in this action on July 25, 2008, be and is hereby vacated and all funds restrained pursuant thereto shall be released, and it is further

129053.00603/6659787v.1

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of

the Federal Rules of Civil Procedure.

Dated: New York, NY
       August 6, 2008

> Respectfully submitted,
> BLANK ROME, LLP
> Attorneys for Plaintiff
> MANSEL OIL LIMITED
>
> By _____
>     Jack A. Greenbaum (JG 0039)
> The Chrysler Building
> 405 Lexington Ave.
> New York, NY  10174-0208
> (212) 885-5000

SO ORDERED:

Deborah A. Batts
U.S.D.J.      8/7/2008

311510.1
129053.00603/6659787v.1
      2